Lee Seham
Lucas K. Middlebrook
Stanley J. Silverstone
**SEHAM, SEHAM, MELTZ & PETERSEN, LLP**
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

         Plaintiffs,

  v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

         Defendants.
-------------------------------------------------------------x

Civil Action No.: 07-CV-6910

APPEARANCE

To the Clerk of this Court and all parties of record:

  Enter my appearance as counsel in this case for Plaintiffs, Edy Molina and David Molina. I certify that I am admitted to practice in this court.

Dated: August 16, 2007

         /s/ *Lucas Middlebrook*
         _____
         Lucas Middlebrook (LM 7111)
         Seham, Seham, Meltz & Petersen, LLP
         445 Hamilton Avenue, Suite 1204
         White Plains, New York 10601
         Telephone: (914) 997-1346
         Fax: (914) 997-7125
         E-mail: lmiddlebrook@ssmplaw.com