| UNITED STATES DISTRICT COURT | AFFIDAVIT OF SERVICE |
|---|---|
| County of SOUTHERN DISTRICT OF NEW YORK | SUBSTITUTE SERVICE |

*PLAINTIFF(S) PETITIONER(S)*
**DAVID MOLINA and EDY MOLINA**
vs.
*DEFENDANT(S) RESPONDENT(S)*
**TOP NOYCH CONSTRUCTION, LLC, et al**

Calendar No.
Index No.
Date Purchased:
Attorney:

---

**WESTCHESTER County, New York State:   JOHN HEARN** being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at **P.O. BOX 227, DOBBS FERRY, NY 10522.**
On **August 30, 2007** at **06:06 pm** at: **78 TUCKAHOE AVE, EASTCHESTER, NY 10709** deponent served the within documents:

**Complaint;**
**Summons**
**Judge Conner's individual rules**

On:   **PAUL PUCCINI**                                                                              (Hereinafter called) (X) **DEFENDANT**
      **78 TUCKAHOE AVE**
      **EASTCHESTER, NY 10709**

**SUITABLE AGE (X)**: by delivering thereat a true copy of each to **DONNA PUCCINI** person of suitable age and discretion. Described in same as said recipient and knew said individual to be **WIFE** thereof duly **authorized to accept.** Said premises is recipient's **dwelling house (usual place of abode)** within the state.

**MAILING USE WITH (X)**: Deponent talked to **DONNA PUCCINI** at said premises who stated that recipient lived there. Within days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope sent regular and certified mail, certified mail no:  properly addressed to recipient at recipient's last known residence, at **78 TUCKAHOE AVE, , EASTCHESTER, NY 10709** and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION (X)**:
SEX: **F**           SKIN COLOR: **WHITE**       HEIGHT: **4'11"**
AGE: **30'S**        HAIR COLOR: **BROWN**       WEIGHT: **110**
OTHER:

**MILITARY SERVICE (X)**: I asked the person spoken to whether defendant was in active military service of United States or of the State of New York in any capacity whatever and received a negatively reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observation above narrated. Upon information and belief I aver that the recipient is not in the military service of New York state or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on **August 31, 2007**

Signature: _____

THOMAS WATSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01WA4758663
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES JUNE 30, 20__

Name:   **JOHN HEARN**
License#

Kasone Services, P.O. Box 227, Dobbs Ferry, NY 10522 (914) 674-6655

NYORK4