# UNITED STATES DISTRICT COURT
## County of SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE INDIVIDUAL**

*PLAINTIFF(S) PETITIONER(S)*

**DAVID MOLINA and EDY MOLINA**

vs.

Calendar No.
Index No.
Date Purchased:
Attorney:

*DEFENDANT(S) RESPONDENT(S)*

**TOP NOYCH CONSTRUCTION, LLC, et al**

---

WESTCHESTER County, New York State:   JOHN HEARN being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at **P.O. BOX 227, DOBBS FERRY, NY 10522.**
On **August 30, 2007 at 04:48 pm** at: **1 FLINTLOCK RIDGE RD, KATONAH, NY 10536** deponent served the within documents:

> Complaint;
> Summons
> Judge Conner's individual rules

On:  **ERIC JADOW**                                                     (Hereinafter called) (X) DEFENDANT
     **1 FLINTLOCK RIDGE RD**
     **KATONAH, NY 10536**

| | |
|---|---|
| INDIVIDUAL (X) | by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein. |
| DESCRIPTION (X) | SEX: **M**   SKIN COLOR: **WHITE**   HEIGHT: **5'10"**<br>AGE: **40'S**   HAIR COLOR: **SALT & PEPPER**   WEIGHT: **200**<br>OTHER: |
| MILITARY SERVICE (X) | I asked the person spoken to whether defendant was in active military service of United States or of the State of New York in any capacity whatever and received a negatively reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observation above narrated. Upon information and belief I aver that the recipient is not in the military service of New York state or of the United States as that term is defined in either the State or in the Federal statutes. |

Sworn to before me on **August 30, 2007**

THOMAS WATSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01WA4758663
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES JUNE 30, 20__

Signature: _____

Name:     JOHN HEARN
License#

*Lasalle Services, P.O. Box 227, Dobbs Ferry, NY 10522 (914) 674-6655*

NYORK1