Lee Seham
Lucas K. Middlebrook
Stanley J. Silverstone
**SEHAM, SEHAM, MELTZ & PETERSEN, LLP**
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

                              Plaintiffs,

    v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

                              Defendants.
------------------------------------------------------------x

Civil Action No.: 07-CV-6910

APPEARANCE

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Plaintiffs, Edy Molina and David Molina.  I certify that I am admitted to practice in this court.

Dated: September 4, 2007

                              /s/ *Stanley J. Silverstone*
                              _____
                              Stanley J. Silverstone (SS 2150)
                              Seham, Seham, Meltz & Petersen, LLP
                              445 Hamilton Avenue, Suite 1204
                              White Plains, New York 10601
                              Telephone: (914) 997-1346
                              Fax: (914) 997-7125
                              E-mail: ssilverstone@ssmplaw.com