UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

                     Plaintiffs,

v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

                     Defendants.
-----------------------------------------------------------x

Civil Action No: 07-CV-6910

**AFFIDAVIT OF SERVICE**

Rutland County, State of Vermont: Susan T. Edwards being duly sworn, deposes and says:

1. Deponent is not a party herein, is over 18 years of age and resides at 1169 Betts Bridge Road, West Pawlet, Vermont, 05775.

2. That on the 27th day of August, 2007, on or about 11:00 a.m., I served the summons and complaint in this action upon Top Notch One Construction, LLC, the defendant, by personally delivering to and leaving duplicate copies thereof, with Ms. Carol Vogt, in the office of the Secretary of the State of New York, at the office of the Department of State in the City of Albany, State of New York.

3. That the statutory fee of forty dollars ($40.00) was paid by the deponent to the Secretary of State at the time of service.

Signature: _____
Name:    Susan T. Edwards

Sworn to before me on September 7, 2007

State of New York - Department of State
Receipt for Service

Receipt #: 200708280220
Date of Service: 08/27/2007

Cash #: 200708280215
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: TOP NOTCH ONE CONSTRUCTION, LLC

Plaintiff/Petitioner:
    MOLINA, DAVID

Service of Process Address:
TOP NOTCH ONE CONSTRUCTION, LLC
194 GARTH ROAD, SUITE 2I
SCARSDALE, NY 10583

Secretary of State
By  CAROL VOGT