UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

                         Plaintiffs,

          v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

                         Defendants.
------------------------------------------------------------x

Civil Action No: 07-CV-6910

**AFFIDAVIT OF SERVICE**

State of Vermont

County of Rutland

Susan T. Edwards being duly sworn, deposes and says:

1. Deponent is not a party herein, is over 18 years of age and resides at 1169 Betts Bridge Road, West Pawlet, Vermont, 05775.

2. That on the 27th day of August, 2007, on or about 11:00 a.m., I served the summons and complaint in this action upon John Paul General Contracting & Development, Inc., the defendant, by personally delivering to and leaving duplicate copies thereof, with Ms. Carol Vogt, in the office of the Secretary of the State of New York, at the office of the Department of State in the City of Albany, State of New York.

3. That the statutory fee of forty dollars ($40.00) was paid by the deponent to the Secretary of State at the time of service.

                        Signature: _S. Edwards_
                        Name:     Susan T. Edwards

Sworn to before me on September _7_, 2007

_Tracee O. Lupi, Esq._

State of New York - Department of State
Receipt for Service

Receipt #: 200708280218
Date of Service: 08/27/2007

Cash #: 200708280214
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: JOHN PAUL GENERAL CONTRACTING & DEVELOPMENT, INC.

Plaintiff/Petitioner:
      MOLINA, DAVID

Service of Process Address:
JOHN PAUL GENERAL CONTRACTING & DEVELOPM
40 NARDOZZI PLACE
NEW ROCHELLE, NY 10805

Secretary of State
By  CAROL VOGT