UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

DAVID MOLINA and EDY MOLINA,

            Plaintiffs,

-against –

TOP NOTCH ONE CONSTRUCTION, LLC et al.,
           Defendants.
_____X

**RULE 7.1 STATEMENT**

Index No.:07-CIV-6910 (WCC)

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the **Defendant ERIC JADOW** (a provable non-governmental party) certifies that the following are corporate parents, affiliates or subsidiaries of said party, which are publicly held: NONE.

Dated:    White Plains, New York
           October 11, 2007

                          Yours, etc.,

                          By: _____
                              Christopher A. Smith (CS-9014)
                              TRIVELLA, FORTE & SMITH, LLP
                              1311 Mamaroneck Avenue, Suite 170
                              White Plains, New York 10605
                              (914) 949-9075/(914) 949-4752

To:    SEHAM, SEHAM, MELTZ & PETERSON, LLP
        Lee Seham (LS-3245)
        Lucas K. Middlebrook (LM-7111)
        Stanley J. Silverstone (SS-2150)
        445 Hamilton Avenue, Ste. 1204
        White Plains, New York 10601
        Tel: (914) 997-1346
        Fax: (914) 997-7125