AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF WESTCHESTER        )

ANNA CHIAROLANZA, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 11th day of October, 2007, I served the within **RULE 7.1 STATEMENT** upon:

SEHAM, SEHAM, MELTZ & PETERSON, LLP
Lee Seham (LS-3245)
Lucas K. Middlebrook (LM-7111)
Stanley J. Silverstone (SS-2150)
445 Hamilton Avenue, Ste. 1204
White Plains, New York 10601

by and depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

ANNA CHIAROLANZA

Sworn to before me this
11th day of October, 2007

Notary Public

RAQUEL A. WILLIAMS
Notary Public, State of New York
No. 02WI6072574
Qualified in Westchester County
My Commission Expires 04/08/2010