UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MOLINA and EDY MOLINA,

        Plaintiff,

v.

TOP NOTCH ONE CONSTRUCTION, LLC., JOHN PAUL GENERAL CONTRCATING & DEVELOPMENT, INC., and as individuals, ERIC JADOW, JOHN CAMPANA, JOHN RUZZA and PAUL PUCCINI.

        Defendants.

Civil Action No.: 07 CIV 6910

**DEFENDANT JOHN PAUL GENERAL CONTRACTING & DEVELOPMENT, INC, JOHN RUZZA, JOHN CAMPANA and TOP NOTCH ONE CONSTRUCTION LLC's ANSWER TO CROSS-CLAIM**

Defendant, JOHN PAUL GENERAL CONTRACTING & DEVELOPMENT, INC., JOHN RUZZA, JOHN CAMPANA and TOP NOTCH ONE CONSTRUCTION, LLC by and through his attorneys, MEDINA, TORREY, MAMO & GARCIA P.C., as and for his Answer to the defendant's CROSS-CLAIM dated October 11, 2007, responds upon information and belief as follows:

    1.    Deny all of the allegations contained in paragraph number 49 of the defendant ERIC JADOW's Answer with Cross-Claim.

**WHEREFORE,** it is respectfully requested that any and all cross-claims asserted against Defendants, JOHN PAUL GENERAL CONTRACTING 7 DEVELOPMENT INC., JOHN RUZZA, JOHN CAMPANA and TOP NOTCH ONE CONSTRUCTION, LLC., be dismissed with costs, interest and disbursements, along with such other and further relief as this Court deems just and proper.

Dated: October 26, 2007

        MEDINA, TORREY, MAMO & GARCIA P.C.
Attorneys for Defendant's
TOP NOTCH ONE CONSTRUCTION, JOHN
RUZZA, JOHN CAMPANA AND JOHN PAUL
GENERAL CONTRACTING AND
DEVELOPMENT INC

By:/s/ Anthony J. Mamo, Jr.
ANTHONY J. MAMO, JR., Esq.
(AJM-2570)
95 Beekman Avenue Sleepy
Hollow, NY 10591 (914)
631-5050TO:

Lee Seham, Esq.
Seham, Seham Meltz and Petersen
445 Hamilton Avenue White Plains,
NY 10601
TRIVELLA, FORTE AND SMITH
1311 MAMARONECK AVENUE
WHITE PLAINS, NY 10605