Lee Seham
Lucas K. Middlebrook
Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

                              Plaintiffs,

v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

                              Defendants.
-------------------------------------------------------------x

Civil Action No.: 07-CV-6910 (WCC)
ECF CASE
**ORDER TO SHOW CAUSE FOR PARTIAL DEFAULT JUDGMENT AS TO DEFENDANT PAUL PUCCINI**

Upon the affidavit of Lucas K. Middlebrook, dated October 25, 2007, it is

ORDERED, that defendant Paul Puccini show cause before a conference with the Honorable William C. Conner, at Room 620, United States Courthouse, 300 Quarropas Street, in the City of White Plains, County of Westchester and State of New York, on December 5, 2007, at 10:15 o'clock in the A.M. thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure, for a default judgment against defendant Paul Puccini for failure to answer or otherwise move with respect to the complaint filed in this action against him.

ORDERED that service of a copy of this order and annexed affidavit by U.S. regular and certified mail return receipt requested upon the defendant, Paul Puccini, 78 Tuckahoe Avenue, Eastchester, New York, on or before 5:00 o'clock in the P.M., November, 8, 2007, shall be deemed good and sufficient service thereof.

DATED: White Plains, New York

ISSUED: November 6, 2007

SO ORDERED:

_____
United States District Judge