UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

       Plaintiffs,

  v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

       Defendants.
------------------------------------------------------------x

Civil Action No.: 07-CV-6910 (WCC)

**CLERK'S CERTIFICATE
OF PARTIAL DEFAULT AS
TO DEFENDANT PAUL PUCCINI**

  I, J. MICHAEL MCMAHON, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 1, 2007, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Paul Puccini by serving Donna Puccini, his wife, a person of suitable age and discretion duly authorized to accept, and proof of such service thereof was filed on September 4, 2007.

  I further certify that the docket entries indicate that defendant Paul Puccini has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: White Plains, New York
   October 25, 2007

             J. MICHAEL MCMAHON
             ~~Clerk of Court~~

       By: _____
             Deputy Clerk