UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

                              Civil Action No.: 07-CV-6910 (WCC)

            Plaintiffs,        ECF CASE

                              **AFFIDAVIT OF SERVICE**

v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

                      Defendants.

-----------------------------------------------------------x

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER   )ss.:

      Lucas K. Middlebrook, being duly sworn, deposes and says:

I hereby certify that a copy of the following papers:

    1.    ORDER TO SHOW CAUSE FOR PARTIAL DEFAULT JUDGMENT AS TO DEFENDANT PAUL PUCCINI;

    **2.**    CLERK'S CERTIFICATE OF PARTIAL DEFAULT AS TO DEFENDANT **PAUL PUCCINI;**

    3.    AFFIDAVIT IN SUPPORT OF PARTIAL DEFAULT JUDGMENT AS TO DEFENDANT PAUL PUCCINI;

    4.    STATEMENT OF DAMAGES IN SUPPORT OF PARTIAL DEFAULT JUDGMENT AS TO DEFENDANT PAUL PUCCINI;

    5.    PROPOSED PARTIAL DEFAULT JUDGMENT AS TO DEFENDANT PAUL PUCCINI

were served by U.S. regular and certified mail receipt requested on November 7, 2007, upon the following:

> Paul Puccini
> 78 Tuckahoe Avenue
> Eastchester, New York 10709

Dated: November 7, 2007

_____
Lucas K. Middlebrook

Sworn to before me
November 7, 2007

_____
Notary Public

STANLEY J. SILVERSTONE
Notary Public, State Of New York
No. 02SI5088151
Qualified In Westchester County
Commission Expires November 17, 20 09