Lee Seham
Lucas K. Middlebrook
Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

                                 Plaintiffs,

Civil Action No.: 07-CV-6910 (WCC)

**STATEMENT OF DAMAGES IN SUPPORT OF PARTIAL DEFAULT JUDGMENT AS TO DEFENDANT PAUL PUCCINI**

     v.

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

                                 Defendants.
---------------------------------------------------------------x

Principal amount sued for . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $13,800.00

Amounts Paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ($667.00)

Liquidated Damages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6,600.00

Costs and Disbursements[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $817.40

Attorneys Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $12,595.00

Total (as of October 25, 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $33,145.40

---

[1] A detailed description of costs and attorneys fees is set forth in the invoice for professional services attached as Exhibit "C" to the Affidavit in Support of Partial Default Judgment As to Defendant Paul Puccini.