ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DAVID MOLINA and EDY MOLINA

                               Plaintiffs,

Civil Action No.: 07-CV-6910 (WCC)

ECF CASE

**ORDER ENFORCING
SETTLEMENT AGREEMENT**

TOP NOTCH ONE CONSTRUCTION, LLC;
JOHN PAUL GENERAL CONTRACTING &
DEVELOPMENT, INC.; and, as individuals,
ERIC JADOW, JOHN CAMPANA,
JOHN RUZZA and PAUL PUCCINI

                               Defendants.
-----------------------------------------------------------------x

This action having been commenced on August 1, 2007 by the filing of the Summons and

Complaint, and Plaintiffs, Edy Molina and David Molina having entered into a Confidential

Settlement Agreement with Defendants Top Notch One Construction, LLC, John Paul General

Contracting & Development, Inc., John Campana and John Ruzza dated January 31, 2008, and

So Ordered by this Court on May 16, 2008, and Top Notch One Construction, LLC., John Paul

General Contracting & Development, Inc., John Campana, and John Ruzza having breached said

Confidential Settlement Agreement,

It is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiffs, Edy Molina and David Molina, shall have judgment against defendants Top

Notch One Construction, LLC, John Paul General Contracting & Development, Inc., John

Campana and John Ruzza in the liquidated amount of $19,733.00, for damages for unpaid wages

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD

and overtime pursuant to the Fair Labor Standards Act and New York Labor Law, plus costs, disbursements and attorneys fees in the amount of $30,913.27, less $4,500.00 paid pursuant to the Confidential Settlement Agreement, amounting in all to $46,146.27, plus post-judgment interest at the appropriate statutory rate, and that the Plaintiffs shall have execution therefore.


SO ORDERED:

Dated: WHITE PLAINS, NEW YORK
     MAY 23, 2008


_William C. Conner_
WILLIAM C. CONNER
SENIOR U.S.D.J.