**MEMO ENDORSED**

# SEHAM, SEHAM, MELTZ & PETERSEN, LLP

ATTORNEYS AT LAW
445 HAMILTON AVENUE, SUITE 1204
WHITE PLAINS, NEW YORK 10601
TEL: (914) 997-1346
FAX: (914) 997-7125
ssmplaw@ssmplaw.com
www.ssmplaw.com
Sender's e-mail: Lmiddlebrook@ssmplaw.com

ORIGINAL

May 28, 2008

<u>VIA FACSIMILE TRANSMISSION</u>   (914) 390-4180

Lorraine Lombordo
United States Courthouse
300 Quarropas St., Room 630
White Plains, NY 10601

  Re: <u>Molina v. Top Notch One Construction, LLC et al (07-CV-6910)</u>(WCC)
  ECF CASE

Dear Ms. Lombordo:

Our firm represents the Plaintiffs Edy Molina and David Molina in the above referenced action. An Order was issued by the Honorable William C. Conner dated May 23, 2008, enforcing the terms of the settlement agreement and entering judgment against Defendants, Top Notch One Construction, LLC, John Paul General Contracting & Development, Inc., John Campana and John Ruzza.

A partial default judgment dated December 5, 2007 was entered against Defendant Paul Puccini We have reached an agreement in principle to settle the matter with the remaining Defendant, Eric Jadow. We are awaiting execution of the settlement agreement with Defendant Jadow. Upon final execution of that agreement, we will submit it to Judge Conner for approval and a stipulation of dismissal will be filed with respect to defendant Jadow thereafter.

If you have any further questions or require additional information, please do not hesitate to contact me.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully submitted,

Lucas K. Middlebrook

So Ordered
May 28, 2008

William C. Conner
Sr. U.S.D.J.

cc: Anthony Mamo, Esq.
  Christopher Smith, Esq.

E- COPIES MAILED TO COUNSEL OF RECORD

| MANHATTAN OFFICE: | HOUSTON OFFICE: | MINNESOTA OFFICE: | SEATTLE OFFICE: |
|---|---|---|---|
| TEL: (212) 644-3707 | TEL: (281) 361-9705 | TEL: (952) 851-7939 | TEL: (206) 275-0906 |
| FAX: (212) 644-3709 | FAX: (281) 361-9706 | FAX: (305) 675-3893 | FAX: (206) 275-0908 |