```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X
```
David Molina and Edy Molina

        Plaintiff,        07 CIVIL 6910 (WCC)

    -against-

Top Notch One Construction, LLC;
John Paul General Contracting &
Development, Inc., and, individuals,
Eric Jadow, John Campana,
John Ruzza and Paul Puccini



**JUDGMENT**

        Defendant(s).

```
- - - - - - - - - - - - - - - - - - - - - -X
```

    Plaintiff's having moved for an order enforcing settlement agreement and the said matter having come before the Honorable William C. Conner, United States District Judge and the Court thereafter on May 23, 2008 having granted the order (#24), that Plaintiffs, Edy Molina and David Molina, shall have judgment against defendants Top Notch One Construction, LLC, John Paul General Contracting & Development, Inc. John Campana and John Ruzza in the liquidated amount of $19,733.00, for damages for unpaid wages and overtime pursuant to the Fair Labor Standards Act and New York Labor Law, plus costs, disbursements and attorneys fees in the amount of $30,913.27, less $4,5000.00 paid pursuant to

the Confidential Settlement Agreement, amounting in all to $46,146.27, plus post-judgment interest at the appropriate statutory rate, and that the Plaintiffs shall have execution therefore, The court is awaiting execution of the settlement agreement with Defendant Jadow pursuant to the letter dated May 28, 2008 and So Ordered by Judge Conner, it is,

**ORDERED, ADJUDGED AND DECREED**: That Plaintiffs, Edy Molina and David Molina, shall have judgment against Top Notch One Construction, LLC, John Paul General Contracting & Development, Inc., John Campana and John Ruzza in the liquidated amount of $19,733.00, for damages for unpaid wages and overtime pursuant to the Fair Labor Standards Act and New York Labor Law, plus costs, disbursements and attorneys fees in the amount of $30,913.27, less $4,500.00 paid pursuant to the Confidential Settlement Agreement, amounting in all to $46,146.27, plus post-judgment interest at the appropriate statutory rate, and that the Plaintiffs shall have execution therefore and the court is awaiting execution of the settlement agreement with Defendant Jadow.

Dated: White Plains, N.Y.
       May 28, 2008

*J. Michael McMahon*
J. Michael McMahon, Clerk

I:/judgment/molina.910

E.O.D